UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 20-21030-AJC |
| | : | |
| PEDRO MANUEL BARROSO, | : | |
| | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

## MOTION TO REVOKE DISCHARGE
## IN ACCORDANCE WITH APPROVED SETTLEMENT

COMES NOW, Robert A. Angueira, Trustee in Bankruptcy (the "*Trustee*"), and files this Motion to Revoke Discharge in Accordance with Approved Settlement and states as follows:

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on October 9, 2020 (the "*Petition Date*").

2. Robert A. Angueira is the duly appointed Chapter 7 Trustee.

3. On March 25, 2021, this Court entered an Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy [D.E. 37] (the "*Settlement Order*").

4. The Settlement Order provides that the Debtor would pay the Trustee the total sum of $20,000.00 as follows:

   a. $10,500.00 on or before February 21, 2021, and

   b. $9,600.0 to be paid in Twelve (12) equal monthly payments of $800.00 to be made on the 21st day of each month starting on March 21, 2021 and ending on February 21, 2022.

5. Paragraph 11 of the Settlement Order also provides as follows:

   **"If the Debtor fails to timely make any of the payments described in paragraph 2, then after ten (10) days written notice emailed or mailed to the Debtor and the Debtor's**

**counsel, the Trustee would be entitled to file a Motion and request a hearing seeking to revoke the Debtor's bankruptcy discharge."**

6. The Debtor has defaulted on the payment terms under the Settlement Order.

7. On July 12, 2021, the Trustee mailed a default letter to the Debtor, which is enclosed as **Exhibit A**.

8. As reflected in Exhibit A the Debtor failed to make the $800.00 payment that was due on June 21, 2021. Although after the default letter the Debtor made the $800.00 payment corresponding to June 21, 2021, the Debtor failed to make the $800.00 payment that was due July 21, 2021. As a result, the Debtor is $800.00 in arrears as of the date of this Motion.

9. The Trustee requests that the Debtor's discharge be revoked under the terms of the Settlement Order; unless $800.00 is received by the Trustee in clear funds by August 15, 2021.

**WHEREFORE**, the Trustee respectfully requests the entry of an Order (a) granting this motion; (b) revoking the Debtor's discharge unless $800.00 in clear funds is received by the Trustee on or before August 15, 2021; (c) granting such other and further relief as this Court deems appropriate.

Respectfully submitted this 29th day of July, 2021.

                                ROBERT A. ANGUEIRA, P.A.
                                16 S.W. 1st Avenue
                                Miami, Florida 33130
                                Tel. (305) 263-3328
                                e-mail yanay@rabankruptcy.com

                                By    /s/ *Yanay Galban*
                                     YANAY GALBAN, ESQ
                                     Florida Bar No. 0105146

CASE NO.: 20-21030-AJC

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 29th day of July, 2021, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 29th day of July, 2021, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com

- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com

- Timothy S Kingcade    scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net;r46540@notify.bestcase.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By    /s/ *Yanay Galban*
    YANAY GALBAN, ESQ
    Florida Bar No. 0105146

3

# Exhibit "A"



# Robert A. Angueira, P.A.
Attorney at Law & Certified Public Accountant
Member of the Panel of Trustees in the Southern District of Florida

July 12, 2021

<u>Via U.S. Mail, First Class</u>
**Pedro Manuel Barroso**
9373 Fontainebleau Blvd #K231
Miami, FL 33172

<u>Via Email</u>
**Timothy S. Kingcade, Esq.**
Jessica McMaken, Esq.
Email: jlm@miamibankruptcy.com

      **In Re: Pedro Manuel Barroso**
      **Case No.: 20-21030-AJC**

Dear Mr. Barroso and Mrs. McMaken:

      Enclosed is a copy of the Court's Order Approving the Settlement dated March 24, 2021 (the "Settlement Order"). The Settlement Order provides that Pedro Manuel Barroso (the "Debtor") was to pay the Trustee a total sum of $20,100.00 to be paid as follows: $10,500 to be paid on or before February 21, 2021; and $9,600.00 to be paid in twelve (12) equal monthly payments of $800.00 to be made on the 21st day of each month starting on March 21, 2021 and ending on February 21, 2021.

      The Debtor is currently in arrears $800.00, as a result of not having made the payment due on June 21, 2021. Pursuant to the terms of the Settlement Order, if the Debtor fails to cure the default within 10 days of this letter, the Trustee would be entitled to file a Motion seeking to enforce the default provisions of the Settlement Order, including but not limited to seeking to revoke the Debtor's discharge.

      In order to cure the default, the Debtor must remit the $800.00 currently due under the terms of the Court Approved settlement agreement via a cashier's check made payable to Robert A. Angueira, Trustee.

                                                        Very truly yours,

                                                       ROBERT A. ANGUEIRA
                                                       CHAPTER 7 TRUSTEE

Enc. as stated

16 S.W. 1st Avenue    Miami Florida 33130                    Phone 305.263.3328    Fax 305.263.6335
robert@rabankruptcy.com                                                              trustee@rabankruptcy.com

ADMITTED IN FLORIDA & NEW YORK